CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq. SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff
CHRIS LANGER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>99 CENTS ONLY STORES LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendant. | Case No.: 3:20-CV-05884-WHA<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

Dated: November 15, 2020　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By: /s/ Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorney for Plaintiff